IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ESTECH SYSTEMS IP, LLC, | § |
| *Plaintiff,* | § § § |
| v. | §   Case No. 2:21-CV-00482-JRG-RSP |
| CARVANA LLC, | §   (Lead Case) § § |
| *Defendant.* | § § |

### ORDER

Defendant McKesson Corporation previously moved for judgment on the pleadings pursuant to Rule 12(c) of the of the Federal Rules of Civil Procedure. **Case No. 2:22-cv-004, Dkt. No. 12**.[1] Magistrate Judge Payne entered a Report and Recommendation, **Dkt. No. 95**, recommending the motion be denied. Because no objections have been filed, and for the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that McKesson Corporation's Motion for Judgment on the Pleadings, **Case No. 2:22-cv-004, Dkt. No. 12**, is **DENIED**.

**So ORDERED and SIGNED this 23rd day of November, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

---

[1] The motion and briefs in support and opposition were all filed prior to the Court's consolidation order. Accordingly, citation to record documents refer to those filed in Case No. 2:22-cv-004, unless otherwise specified.